# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:**
- City: Springfield
- County: Fairfax

☒ Under Seal
Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 1:23mj-155
Search Warrant Case No.:

**Judge Assigned:**
**Criminal No.:**
New Defendant:
**Arraignment Date:**
R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Cedric Minger
- Alias(es):
- ☐ Juvenile   FBI No.:
- **Address:**
- Employment:
- **Birth Date:** xx/xx/2002
- **SSN:** xxx-xx-xxx
- **Sex:** Male
- **Race:** Black
- **Nationality:** U.S. Citizen
- **Place of Birth:**
- Height: 5'6
- Weight: 135
- Hair: Black
- Eyes: Brown
- Scars/Tattoos: Neck, R. Hand
- ☐ Interpreter   Language/Dialect:
- Auto Description:

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:   in:
- ☒ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☒ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Meredith Edwards
- Phone: 703-299-3821
- Bar No.: 279301 (CA)

## Complainant Agency - Address & Phone No. or Person & Title:

ATF - Special Agent Samuel Supnick

| U.S.C. Citations | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 922(u) | Theft of Firearms from a Licensed De... | 1 | Felony |
| Set 2: | | | | |

Date: 8/11/2023   AUSA Signature: *Meredith J. Edwards*   may be continued on reverse

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form     Reset Form

# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:**  ☒ Under Seal   **Judge Assigned:**

City: Springfield   Superseding Indictment:   **Criminal No.**

County: Fairfax   Same Defendant:   New Defendant:

Magistrate Judge Case No. 1:23mj-155   **Arraignment Date:**

Search Warrant Case No.   R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Victor Jones   Alias(es):   ☐ Juvenile   FBI No.:

**Address:**

Employment:

**Birth Date:** xx/xx/2001   **SSN:** xxx-xx-xxx   **Sex:** Male   Race: Black   Nationality: U.S. Citizen

**Place of Birth:** Washington   **Height:** 5'10   **Weight:** 140   **Hair:** Black   **Eyes:** Brown   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☒ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☒ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Meredith Edwards   Phone: 703-299-3821   Bar No.: 279301 (CA)

## Complainant Agency - Address & Phone No. or Person & Title:

ATF - Special Agent Samuel Supnick

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 922(u) | Theft of Firearms from a Licensed De... | 1 | Felony |
| Set 2: | | | | |

**Date:** 8/10/2023   **AUSA Signature:**   *may be continued on reverse*

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form  Reset Form